```
               IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF ALABAMA
                         SOUTHERN DIVISION
```

GLYNIS BETHEL,                          :
                                        :
       Petitioner,              :
                                        :
vs.                                     :       CIVIL ACTION 11-0716-WS-M
                                        :
ARTHUR L. BYRNE,                        :
                                        :
       Respondent.              :

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED** without prejudice.

DONE this 14th day of May, 2012.

                                            s/WILLIAM H. STEELE
                                            CHIEF UNITED STATES DISTRICT JUDGE